```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA 92714
    714-474-2055
Attorneys for the Plaintiff
```



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          COURT NO: 91 A 12515
          Plaintiff,

     v.                            DEFAULT JUDGMENT

MARY T. ESTRADA

          Defendant(s).
_____/



In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MARY T. ESTRADA

the sum of $2,174.08 as principal, $277.38 as accrued prejudgment interest, $142.00 administrative charges, and $20.00 costs, plus $517.00 attorney fees for a total amount of $3,130.46, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: **JAN 1 4 1992**

                              LEONARD A. BROSNAN, CLERK
                              U.S. District Court
                              Central District of California

                              By: _____
                                  Deputy Clerk